4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA OLIVIA VASQUEZ, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | CASE NO. B-01-140 |
| § | |
| § | |
| § | |
| LUCENT TECHNOLOGIES, INC, et al., § | |
| § | |
| Defendants. § | |
| § | |

## DEFENDANT BRIDGESTONE/FIRESTONE, INC.'S JOINDER IN THE REMOVAL PETITION FILED BY THE LUCENT DEFENDANTS

Defendant Bridgestone/Firestone, Inc. ("Firestone") files this Joinder in the Removal Petition Filed by the Lucent Defendants. Firestone respectfully shows as follows:

I.

Plaintiffs filed this action in the 404th Judicial District Court of Cameron County, Texas. Intervenors subsequently filed their Original Plea in Intervention in that court. On August 14, 2001, Defendants Lucent Technologies, Inc. and Lucent Technologies Maquiladoras, Inc. (the "Lucent Defendants") removed this action to this Court pursuant to 28 U.S.C. §§ 1332(a)(2) and 1441(a). At that time, Firestone had not been served by Plaintiffs or Intervenors, and thus it did not join in the removal petition. *See, e.g., Farias v. Bexar County Board of Trustees*, 925 F.2d 866, 871 (5th Cir. 1991) ("All defendants who are properly joined *and served* must join in the removal petition . . . .") (emphasis added); *Albonetti v. GAF Corp.*, 520 F. Supp. 825, 827 (S.D. Tex. 1981) (recognizing that unserved defendants need not join in the removal petition).

## II.

Firestone was subsequently served for the first time by Plaintiffs and Intervenors on August 16, 2001. Accordingly, Firestone hereby notifies the Court that it joins in and consents to the Lucent Defendants' Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, Defendant Bridgestone/Firestone, Inc. prays that the Court assume jurisdiction over this case for all purposes, and for such other and further relief, in law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

By: ___Knox Nunnally___ /with permission/
                   by Spiros
Knox D. Nunnally, Attorney in Charge   Kangeaga
State Bar No. 15141000
Federal ID No. 1282
Vinson & Elkins, LLP
1001 Fannin
2300 First City Tower
Houston, Texas 77002
(713) 758-2416
(713) 615-5220 (fax)

OF COUNSEL:

VINSON & ELKINS, LLP
Morgan L. Copeland
State Bar No. 04800500
1001 Fannin
2300 First City Tower
Houston, Texas 77002
(713) 758-2661
(713) 615-5561 (fax)

**ATTORNEYS FOR DEFENDANT
BRIDGESTONE/FIRESTONE, INC.**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following parties by Certified Mail, Return Receipt Requested on August 29, 2001.

Dana R. Allison
Guy H. Allison, Jr.
The Allison Law Firm
855 East Harrison
Brownsville, Texas  78520

F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II - Suite 1200
555 North Carancahua Street
Corpus Christi, Texas  78478

Kyle Dreyer
Hartline, Dacus, Dreyer & Kern, L.L.P.
6688 North Central Expressway
Suite 1000
Dallas, Texas  75206

Michael Caddell
Caddell & Chapman
1331 Lamar, Ste. 1070
Houston, Texas  77010-3027

William B. Harrison
Law Offices of William B. Harrison
920 Leopard Street
P.O. Drawer 2568
Corpus Christi, Texas  78403-2568

Edmundo O. Ramirez,
Luis M. Cardenas
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago
McAllen, Texas  78501-4822

Spikes Kangerga