

United States District Court
Southern District of Texas
FILED

SEP 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITA SANTOS DAVILA, INDIVIDUALLY, AND AS NEXT FRIEND OF JESUS OCTAVIO DAVILA SANTOS, ZAIDETH MARGARITA DAVILA SANTOS, ANDREA DENISSE DAVILA SANTOS, AND VALERIA NAYEL DAVILA SANTOS, AND ALL AS REPRESENTATIVES OF THE ESTATE OF JESUS DAVILA PAZ; ETHNA ZULEYMA PEREZ LARA; INDIVIDUALLY AND AS NEXT FRIEND OF SERGIO ALBERTO ZAVALA PEREZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF SERGIO ALBERTO ZAVALA; MARIA OLIVIA VASQUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF OLIVIA LIZETH IBARRA VASQUEZ AND JESUS ALAN IBARRA VASQUEZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF VALANTE IBARRA IBARRA | § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § | |
| VS. | § | |
| LUCENT TECHNOLOGIES, INC.; LUCENT TECHNOLOGIES MAQUILADORAS, INC.; LAREDO QUALITY TRANSFER SERVICES, INC.; BRIDGESTONE/FIRESTONE, INC.; AND BRIDGESTONE CORPORATION | § § § § § § | C.A. NO. B-01-140 |
| Defendants, | § | "JURY" |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Certificate of Interested Parties - Page 1

Comes now Defendants, Lucent Technologies, Inc., and Lucent Technologies Maquiladoras, Inc., and files this their Certificate of Interested Parties:

The following persons or entities have an interest in this matter:

1) Margarita Santos Davila, Individually and As Next Friend of Jesus Octavio Davila Santos; Zaideth Margarita Davila Santos; Andrea Denisse Davila Santos, and Valeria Nayel Davila Santos, and All As Representatives of the Estate of Jesus Davila Paz; Ethna Zuleyma Perez Lara, Individually, and As Next Friend of Sergio Alberto Zavala Perez, and All As Representatives of the Estate of Sergio Alberto Zavala; Maria Oliva Vasquez, Individually and As Next Friend of Olivia Lizeth Ibarra Vasquez, and All As Representatives of the Estate of Valante Ibarra Ibarra

   Mr. Michael A. Caddell
   Caddell & Chapman
   State Bar No. 03576700
   The Park In Houston Center
   1331 Lamar, Suite 1070
   Houston, Texas   77010-3027

2) <u>Lucent Technologies, Inc.</u>, and Lucent Technologies Maquiladoras, Inc.

   Mr. F. Edward Barker
   BARKER, LEON, FANCHER & MATTHYS, L.L.P.
   State Bar No. 01741000
   Tower II - Suite 1200
   555 N. Carancahua St.
   Corpus Christi, Texas 78478

Respectfully submitted,

*[signature]*

F. Edward Barker
State Bar No. 01741000
Federal ID No. 970
Attorney-in-Charge for Defendants
Lucent Technologies, Inc., and Lucent
Technologies Maquiladoras, Inc.
Margery Huston, Co-Counsel
State Bar No. 10329500
Federal ID No. 2211
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER & MATTHYS, L.L.P.

Judge Gilberto Hinojosa
State Bar No. 09701100
Federal ID No. 3425
Co-Counsel for Defendants
Lucent Technologies, Inc., and Lucent
Technologies Maquiladoras, Inc.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571

OF COUNSEL:
MAGALLANES, HINOJOSA & MANCIAS

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 4th day of September, 2001.

**Via Certified Mail/RRR No. 7000 1530 0004 2488 4950**
Mr. Michael A. Caddell
Ms. Cynthia B. Chapman
Mr. Donald L. Harvey
Caddell & Chapman
The Park In Houston Center
1331 Lamar, Suite 1070
Houston, Texas   77010-3027

**Via Certified Mail/RRR No. 7000 1530 0004 2488 4929**
Mr. Frank Costilla
Law Office of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520

**Via Certified Mail/RRR No. 7000 1530 0004 2488 4936**
Mr. Ezequiel Reyna, Jr.
Law Offices of Ezequiel Reyna, Jr.
702 West Expressway 83
Weslaco, Texas   78596

F. Edward Barker

Certificate of Interested Parties - Page 4