

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FILED

SEP 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARGARITA SANTOS DAVILA, INDIVIDUALLY, AND AS NEXT FRIEND OF JESUS OCTAVIO DAVILA SANTOS, ZAIDETH MARGARITA DAVILA SANTOS, ANDREA DENISSE DAVILA SANTOS, AND VALERIA NAYEL DAVILA SANTOS, AND ALL AS REPRESENTATIVES OF THE ESTATE OF JESUS DAVILA PAZ; ETHNA ZULEYMA PEREZ LARA; INDIVIDUALLY AND AS NEXT FRIEND OF SERGIO ALBERTO ZAVALA PEREZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF SERGIO ALBERTO ZAVALA; MARIA OLIVIA VASQUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF OLIVIA LIZETH IBARRA VASQUEZ AND JESUS ALAN IBARRA VASQUEZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF VALANTE IBARRA IBARRA, | § | C.A. NO. B-01-140 |
| Plaintiffs, | § | |
| VS. | § | **LUCENT DEFENDANTS' MOTION TO QUASH SERVICE OF PLEA IN INTERVENTION** |
| LUCENT TECHNOLOGIES, INC.; LUCENT TECHNOLOGIES MAQUILADORAS, INC.; LAREDO QUALITY TRANSFER SERVICES, INC.; BRIDGESTONE/FIRESTONE, INC.; AND BRIDGESTONE CORPORATION | § | |
| Defendants. | § | |

Defendants Lucent Technologies, Inc. ("Lucent") and Lucent Technologies Maquiladoras, Inc. ("L.T. Maquiladoras") (collectively the "Lucent Defendants") move this Court pursuant to Rule 12(b)(5), F.R.C.P., for an order quashing the attempted service of the "Original Plea in Intervention" upon them. As grounds therefor, the Lucent Defendants state:

ClibPDF - www.fastio.com

1. On August 10, 2001, the parents and surviving spouse of Hector Rojo Medina, deceased, suing in multiple capacities (hereafter the "Intervenors") filed their "Original Plea in Intervention" (hereafter the "Plea in Intervention") in the 404th Judicial District Court, Cameron County, Texas (hereafter the "Cameron County Court"), Cause No. 2001-02-897-G.

2. On August 13, 2001, the clerk of the Cameron County Court, at the request of the Intervenors, issued summonses directed to the Lucent Defendants. Copies of these summonses are attached as Exhibits 1 and 2.

3. On August 14, 2001, the Lucent Defendants removed Cause No. 2001-02-897-G from the Cameron County Court to the United States District Court for the Southern District of Texas.

4. On August 16, 2001, the Lucent Defendants received through certified mail a copy of the "Plea in Intervention" in Cause No. 2001-02-897-G and the summonses as issued by the clerk of the Cameron County Court. (See Exhibits 3 and 4, Notices of Service of Process). This attempted service of process was invalid.

5. Upon the removal of a case from state court to federal court, the federal court acquires full and exclusive jurisdiction over the litigation. 14C Wright & Miller, Federal Practice and Procedure at § 3738, p.390. Removal to federal court therefore ends the power of the state court to issue process, and all further process must issue from the federal court. ***Allman v. Hanley***, 302 F.2d 559, 562 (5th Cir. 1962).

6. Once a case is removed to federal court, the Federal Rules of Civil Procedure govern and the case is treated as though it were originally filed in federal court. Rule 81(c), F.R.C.P.; ***Bruley v. Lincoln Property Co.***, 140 F.R.D. 452, 453 (D.Colo. 1991). Thus, after removal, a plaintiff must comply with the requirements of Rule 4, F.R.C.P., regarding service of process, as to any defendant not served before removal. ***Bruley, supra***, 140 F.R.D. at 454. This rule requires "a summons signed by the clerk of the district court under the seal of the district court, containing the

ClibPDF - www.fastio.com

court name." ***Bruley, supra,*** 140 F.R.D. at 453; Rule 4(a), F.R.C.P.

7. Service of a summons issued by the state court, after the case has been removed to federal court, is therefore a nullity. ***Bruley, supra,*** 140 F.R.D. at 454; ***Dean Marketing, Inc. v. AOC International (USA), Ltd.***, 610 F.Supp. 149, 152 (E.D. Mich. 1995) (" . . . plaintiff's attempted perfection of service of process after removal was ineffective where plaintiff mailed a state court summons rather than a summons issued by federal court to defendant . . ."); ***Randolph v. Hendry***, 50 F.Supp.2d 572, 580 (S.D.W.Va. 1999) ("The limited power of the federal government has been invoked in this action and the case is now in the hands of the federal court. The unserved state court process has become null and void."); ***Wade v. Clawson,*** 1989 WL 138735 at 5 (D.N.J. 1989) (not selected for official publication) (". . . service of process after removal in this action should have been accomplished according to federal procedure. Plaintiff's attempted perfection of service of process after removal was ineffective where plaintiff mailed [and then personally served} a state court summons rather than a summons issued by the federal court on defendant ..."); ***Bolkiah v. Superior Court***, 88 Cal.Rptr.2d 540, 550 (Cal. App. 1999) ("Service not completed before removal is void."); ***Richards v. Harper***, 864 F.2d 85, 87 (9th Cir. 1988); 14 Moore's Federal Practice (3rd Ed.) at § 81.04[3], pp.81-14 -- 81-15 ("Thus, service not completed prior to removal must be made in accordance with the Rules."); ***Fischman v. Fischman***, 470 F. Supp. 980, 984 (E.D. Pa. 1979).

8. Here, the clerk of the Cameron County Court mailed the summonses and the Plea in Intervention, bearing the seal and caption of the Cameron County Court and the signature of the clerk of that court, to the Lucent Defendants after the case had been removed to federal court. This attempted service of process did not comply with Rule 4, F.R.C.P., and was therefore a nullity.

9. Intervenors may argue that 28 U.S.C. § 1448 salvages their attempted service. This statue provides in pertinent part:



ClibPDF - www.fastio.com

> In all cases removed from any State court to any district court of the United States in which any one or more of the defendants has not been served with process or in which the service has not been perfected prior to removal, or in which process served proves to be defective, such process or service may be completed or new process issued in the same manner as in cases originally filed in such district court.

28 U.S.C. § 1448, emphasis added. Any attempt by Intervenors to seek refuge under this statute would be unavailing.

10. The phrase "in the same manner as in cases originally filed in such district court" in the last portion quoted of this statute modifies both the completion of process and the issuance of new process. ***Bruley, supra***, 140 F.R.D. at 454. Thus, the statute permits the completion of process after removal "in the same manner as in cases originally filed in such district court;" i.e., "only in conformity with the federal rules." ***Id.***; ***Dean Marketing, supra***, 610 F.Supp. at 151-152 ("Thus, service of process must be accomplished according to federal procedure."); ***Motsinger v. Flynt***, 119 F.R.D. 373, 377 n.4 (M.D.N.C. 1988) ("State process which has been served may be perfected and facial errors corrected, but if it has not yet been served, it is void and plaintiff must obtain a federal summons and serve it."); 4A Wright and Miller, Federal Practice and Procedure, at § 1082, p.6 ("Thus, when one of several defendants was not served prior to removal it has been held that there is no process to 'complete' and new process must be issued pursuant to Rule 4.").

**WHEREFORE**, the Lucent Defendants respectfully request that the Court enter an order quashing the attempted service of the "Original Plea in Intervention" on them.

ClibPDF - www.fastio.com

Respectfully submitted,

F. Edward Barker
State Bar No. 01741000
Federal ID No. 970
Attorney-in-Charge for Defendants
Lucent Technologies, Inc. and
Lucent Technologies Maquiladoras, Inc.
Margery Huston, Co-Counsel
State Bar No. 10329500
Federal ID No. 2211
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:

BARKER, LEON, FANCHER & MATTHYS, L.L.P.

Judge Gilberto Hinojosa
State Bar No. 09701100
Federal ID No. 3425
Co-Counsel for Defendants
Lucent Technologies, Inc. and Lucent
Technologies Maquiladoras, Inc.
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571

OF COUNSEL:
MAGALLANES, HINOJOSA & MANCIAS

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing LUCENT DEFENDANTS' MOTION TO QUASH SERVICE OF PLEA INTERVENTION has been served in accordance with the Federal Rules of Civil Procedure on this the 4th date of September 2001, to all counsel of record as follows:

Michael A. Caddell
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027

Cynthia B. Chapman
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, TX 78520

Ezequiel Reyna, Jr.
LAW OFFICES OF EZEQUIEL REYNA, JR.
702 West Expressway 83
Weslaco, TX 78596

Dana R. Allison
THE ALLISON LAW FIRM
920 Leopard
Corpus Christi, Texas 78401

Knox Nunnally
Spikes Kangerga
VINSON & ELKINS
One American Center, Suite 2700
600 Congress Avenue
Austin, Texas 78401-3200

F. Edward Barker

ClibPDF - www.fastio.com

# CSC ~~e United States Corporation ~ompany
## 2711 Centerville Road Suite 400, Wilmington, DE, 19808
## (302) 636-5400

United States Corporation Company — The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

**Date Processed:** 16-AUG-01 **Transmittal #:** TX1219911P ALL

**To:** JAMES STAULCUP, CORPORATE COUNSEL
LUCENT TECHNOLOGIES INC.
ROOM 2A-428
2000 NAPERVILLE RD.
NAPERVILLE IL 60566

**Redirect sent to:**
KAREN REID

**TYPE OF REPRESENTATION:** Statutory

***We enclose the following documents which were served upon:***
The Prentice-Hall Corporation System, Inc.
*as registered agent in Texas for*
**LUCENT TECHNOLOGIES INC. (ID#: 0666713)**
***Documents were served on 16-AUG-01 via Certified Mail*** **ID#: 70993400001461476458**

**Title of Action:** MARGARITA SANTOS DAVILA, ET AL
**vs.** LUCENT TECHNOLOGIES, INC., ET AL
**Court:** 404TH DISTRICT COURT IN CAMERON COUNTY, TX
**Nature of Case:** Wrongful Death

**Case #:** 2001-02-000897-G

_X_ Summons
_X_ Complaint
____ Garnishment
____ Subpoena

____ Notice of Mechanic's Lien
____ Notice of Attorney's Lien
____ Notice of Default Judgment

____ A self-addressed stamped envelope enclosed
____ Duplicate copies of the Notice and Acknowledgement enclosed

____ Other:

**Answer Due:** MONDAY NEXT, FOLLOWING 20 DAYS AFTER SERVICE
**Documents Sent:** Federal Express **ID#:**
**Call Placed:** No call placed **Spoke to:** N/A
**Comments:** N/A

**Attorney for Claimant:**
EDMUNDO O. RAMIREZ
1101 CHICAGO
MCALLEN, TX 78501

956-682-2440

Form Prepared By: Mark Gonzales

***Please acknowledge receipt of this notice and the enclosures by signing and returning the ack[nowledgement copy]***

**Original Client Copy - for your records**

DEFENDANT'S EXHIBIT 7

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

ClibPDF - www.fastio.com

CSC The United States Corporation Company
2711 Centerville Road Suite 400, Wilmington, DE, 19808
(302) 636-5400

United States Corporation Company — The Prentice-Hall Corporation System, Inc.

# NOTICE OF SERVICE OF PROCESS

**Date Processed:** 16-AUG-01 — **Transmittal #:** TX1220061P ALL

**To:** JAMES STAULCUP, CORPORATE COUNSEL
LUCENT TECHNOLOGIES INC.
ROOM 2A-428
2000 NAPERVILLE RD.
NAPERVILLE IL 60566

**Redirect sent to:**
KAREN REID

**TYPE OF REPRESENTATION:** Statutory

*We enclose the following documents which were served upon:*
The Prentice-Hall Corporation System, Inc.
*as registered agent in* *Texas* *for*
**LUCENT TECHNOLOGIES MAQUILADORAS INC. (ID#: 0274555)**
***Documents were served on 16-AUG-01 via Certified Mail*** **ID#: 70993400001461476441**

**Title of Action:** MARGARITA SANTOS DAVILA, ET AL
vs. LUCENT TECHNOLOGIES, INC., ET AL
**Case #:** 2001-02-000897-G
**Court:** 404TH DISTRICT COURT IN CAMERON COUNTY, TX
**Nature of Case:** Wrongful Death

_X_ Summons
_X_ Complaint
____ Garnishment
____ Subpoena
____ Notice of Mechanic's Lien
____ Notice of Attorney's Lien
____ Notice of Default Judgment
____ A self-addressed stamped envelope enclosed
____ Duplicate copies of the Notice and Acknowledgement enclosed

____ Other:

**Answer Due:** MONDAY NEXT, FOLLOWING 20 DAYS AFTER SERVICE
**Documents Sent:** Federal Express **ID#:**
**Call Placed:** No call placed **Spoke to:** N/A
**Comments:** N/A

**Attorney for Claimant:**
EDMUNDO O. RAMIREZ
1101 CHICAGO
MCALLEN, TX 78501

956-682-2440

Form Prepared By: Mark Gonzales

*Please acknowledge receipt of this notice and the enclosures by signing and returning this acknowledgement copy. A business reply envelope is enclosed for your convenience.*

**DATE RECEIVED:** 8/17/01 **CLIENT SIGNATURE:** [signature]
Acknowledgement Copy to be returned to the address above

DEFENDANT'S EXHIBIT 2

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

ClibPDF - www.fastio.com

COPY

Citation for Personal Service - BY CERTIFIED MAIL Lit. Seq. # 5.004.01

No. 2001-02-000897-G

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: LUCENT TECHNOLOGIES, IN C.
REG, AGENT1 PRENTICE HALL CORP
SYSTEMS, 800 BRAZOS
AUSTIN TX 78701

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

ALEJANDRA MARLEN RODRIGUEZ DE LUNA PLEA IN INTERVENTION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said INTERVENTION was filed on AUGUST 10, 2001. A copy of same accompanies this citation.

The file number of said suit being No. 2001-02-000897-G.

The style of the case is:

MARGARITA SANTOS DAVILA, INDIVIDUALLY, ET AL
VS.
LUCENT TECHNOLOGIES, INC., ET AL

Said petition was filed in said court by HON. EDMUNDO O. RAMIREZ (Attorney for INTERVENOR), whose address is 1101 CHICAGO MCALLEN, TEXAS 78501-4822

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according tc requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 13th day of AUGUST, A.D. 2001.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: [signature], Deputy

DISTRICT COURT CAMERON COUNTY, TEXAS



**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2): The citation **shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested**, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice **and** Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER TITLE

ADDRESS

CITY STATE ZIP

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 13th of AUGUST 2001, I mailed to

LUCENT TECHNOLOGIES, IN C.

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 1461476458
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA District Clerk
Cameron County, Texas

By: [signature], Deputy

Citation for Personal Service - BY CERTIFIED MAIL Lit. Seq. # 5.005.01

COPY

No. 2001-02-000897-G

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: LUCENT TECHNOLOGIES MAQUILADORAS, INC.
PRENTICE HALL CORP. SYSTEMS
800 BRAZOS
AUSTIN, TX 78701

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

ALEJANDRA MARLEN RODRIGUEZ DE LUNA'S PLEA IN INTERVENTION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said INTERVENTION was filed on AUGUST 10, 2001. A copy of same accompanies this citation.

The file number of said suit being No. 2001-02-000897-G.

The style of the case is:

MARGARITA SANTOS DAVILA, INDIVIDUALLY, ET AL
VS.
LUCENT TECHNOLOGIES, INC., ET AL

Said petition was filed in said court by HON. EDMUNDO O. RAMIREZ (Attorney for INTERVENOR), whose address is 1101 CHICAGO MCALLEN, TEXAS 78501-4822

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according tc requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 13th day of AUGUST, A.D. 2001.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: [signature] Deputy

DEFENDANTS

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER TITLE

ADDRESS

CITY STATE ZIP

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 13th of AUGUST 2001, I mailed to LUCENT TECHNOLOGIES MAQUILADORAS, INC. by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 1461476441
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By: ________________, Deputy

CAMERON COUNTY TEXAS DISTRICT COURT