United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARGARITA SANTOS DAVILA, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF JESUS OCTAVIO DAVILA SANTOS, § <br> ZAIDETH MARGARITA DAVILA SANTOS, § <br> ANDREA DENISSE DAVILA SANTOS, § <br> AND VALERIA NAYEL DAVILA SANTOS, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF JESUS DAVILA PAZ; § <br> ETHNA ZULEYMA PEREZ LARA; § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF SERGIO ALBERTO ZAVALA PEREZ, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF SERGIO ALBERTO § <br> ZAVALA; MARIA OLIVIA VASQUEZ, § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF OLIVIA LIZETH IBARRA VASQUEZ § <br> AND JESUS ALAN IBARRA VASQUEZ, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF VALANTE § <br> IBARRA IBARRA § <br>   § <br>     Plaintiffs, § <br>   § <br> VS. § <br>   § <br> LUCENT TECHNOLOGIES, INC.; § <br> LUCENT TECHNOLOGIES § <br> MAQUILADORAS, INC.; LAREDO § <br> QUALITY TRANSFER SERVICES, INC.; § <br> BRIDGESTONE/FIRESTONE, INC.; § <br> AND BRIDGESTONE CORPORATION § <br>   § <br>     Defendants, § | C.A. NO. B-01-140 <br><br><br> SUPPLEMENT TO AMENDED <br> NOTICE OF REMOVAL <br><br> "JURY" |

   **NOW COME** Lucent Technologies, Inc. and Lucent Technologies Maquiladoras, Inc., two of the Defendants in the above-styled and numbered cause of action, and hereby file this their Supplement to their Amended Notice of Removal and, in support thereof, show the following:

1.      Defendants herein file as their Supplement to their Amended Notice of Removal the attached correspondence from Kyle H. Dreyer, attorney for General Motors Corporation, wherein General Motors Corporation consents to the removal of this action.  Said correspondence is attached hereto as Exhibit 1 and incorporated herein by reference.

2.      Defendants also herein file as part of their Supplement to their Amended Notice of Removal the attached correspondence from Richard G. Morales, Jr., attorney for Laredo Quality Transfer Services, wherein Laredo Quality Transfer Services consents to the removal of this action.  Said correspondence is attached hereto as Exhibit 2 and incorporated herein by reference.

**WHEREFORE**, PREMISES CONSIDERED, Defendants Lucent Technologies, Inc., and Lucent Technologies Maquiladoras, Inc., respectfully request that this Court assume jurisdiction of this case for all purposes.

Respectfully submitted,

_____
F. Edward Barker
State Bar No. 01741000
Federal ID No. 970
Attorney-in-Charge for Defendants
Lucent Technologies, Inc., and Lucent
Technologies Maquiladoras, Inc.
Margery Huston, Co-Counsel
State Bar No. 10329500
Federal ID No. 2211
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER & MATTHYS, L.L.P.

Judge Gilberto Hinojosa
State Bar No. 09701100
Federal ID No. 3425
Co-Counsel for Defendants
Lucent Technologies, Inc., and Lucent
Technologies Maquiladoras, Inc.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571

OF COUNSEL:
MAGALLANES, HINOJOSA & MANCIAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendants' Supplement to Amended Notice of Removal has been served in accordance with the Federal Rules of Civil Procedure on this the 12th day of September 2001, to all counsel of record as follows:

Michael A. Caddell
Caddell & Chapman
The Park In Houston Center
1331 Lamar, Suite 1070
Houston, Texas   77010-3027

Dana R. Allison
THE ALLISON LAW FIRM
920 Leopard
Corpus Christi, Texas 78401

Guy Allison
THE ALLISON LAW FIRM
920 Leopard
Corpus Christi, Texas 78401

Cynthia B. Chapman
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010-3027

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, TX 78520

Ezequiel Reyna, Jr.
LAW OFFICES OF EZEQUIEL REYNA, JR.
702 West Expressway 83
Weslaco, TX 78596

Knox Nunnally
Spikes Kangerga
VINSON & ELKINS
One American Center, Suite 2700
600 Congress Avenue
Austin, Texas 78401-3200

Margery Huston

# HARTLINE, DACUS, DREYER, & KERN, L.L.P.

### ATTORNEYS AND COUNSELORS

6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TEXAS 75206
(214) 369-2100

TELECOPIER (214) 369-2118

**KYLE H. DREYER**
(214) 346-3714

August 31, 2001

## *VIA FACSIMILE AND REGULAR MAIL*

F. Edward Barker, Esq.
Barker, Leon, Fancher, Matthys, LLP
555 N. Carancahua, Suite 1200
Corpus Christi, TX 78478

　　　　Re:　Cause No. A010031-C.A. No. B-01-140, *Margarita Santos Davila, et al vs. Lucent Technologies, Inc.*, et al, in the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barker:

　　As you know, my law firm represents General Motors Corporation. Apparently there was an attempt to add General Motors as a party to this case while it was pending in Cameron County State Court before it was removed to Federal Court. We understand now, based upon the attached correspondence from Dana R. Allison, the attorney who signed the Amended Petition attempting to bring General Motors into the Cameron County lawsuit, that she and her firm had no authority to file the Amended Petition. While General Motors received service of process on its registered agent of the Cameron County State Court Amended Petition that was filed without authority, General Motors has not been named or received service of process of the Removed Federal Court action. Thus, at present, General Motors is not currently a party to this the above-referenced litigation. Even so, General Motors will and/or does consent to removal of this action.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　Kyle H. Dreyer

　　　　　　　　　　　　　　　　　　　　　　　Kyle H. Dreyer

KHD/tc



## LAW OFFICES OF
## PERSON, WHITWORTH, RAMOS, BORCHERS & MORALES, L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
P.O. DRAWER 6668
LAREDO, TEXAS 78042-6668

GEORGE J. PERSON
STEVE A. WHITWORTH
DONATO D. RAMOS
T CHARLES R. BORCHERS (1943-1997)
RICHARD G. MORALES, JR.
ALEJANDRO D. VILLARREAL, III
WILLIAM E. CASEY
MARK D. WILLETT
MARTHA CIGARROA DE LLANO
BALDEMAR GARCIA, JR.*
RICHARD E. MORALES
KATRINA BORCHERS MOHRER
MARISELA RANGEL

* Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

PHYSICAL ADDRESS:
602 EAST CALTON ROAD
LAREDO, TEXAS 78041

TELEPHONE: (956) 727-4441
TELECOPIER: (956) 727-2696

*(Via Facsimile & Federal Express)*

September 10, 2001

Mr. F. Edward Barker
BARKER, LEON, FANCHER,
MATTHYS, L.L.P.
555 N. Carancahua
Tower II – Suite 1200
Corpus Christi, TX 78478

**[Facsimile: (361) 882-9437]**

    Re:  C.A. No. B-01-140; Margarita Santos Davila, et al v. Lucent Technologies, Inc., et al, in the U.S. District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Barker:

    As you know, my law firm represents Laredo Quality Transfer Services, Inc., ("Laredo Quality"). Plaintiffs' petition named Laredo Quality as a party defendant to this lawsuit while it was pending in Cameron County state court before it was removed to Federal Court. We understand now, based upon the attached correspondence from Dana R. Allison, the attorney who signed the Amended Petition attempting to bring the lawsuit into Cameron County, that she and her firm had no authority to file the Amended Petition.

    While Laredo Quality was never served with due process of the Cameron County state court lawsuit that was filed without authority and, has not received service of process of the removal of the federal court action, Laredo Quality is listed as a party defendant in this lawsuit. Thus, Laredo Quality will and does consent to removal of this action.

    Yours truly,

    PERSON, WHITWORTH, RAMOS,
    BORCHERS & MORALES, L.L.P.

    Richard G. Morales, Jr.

RGM,JR/ab

