United States District Court
Southern District of Texas
FILED

SEP 13 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARGARITA SANTOS DAVILA, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF JESUS OCTAVIO DAVILA SANTOS, § <br> ZAIDETH MARGARITA DAVILA SANTOS, § <br> ANDREA DENISSE DAVILA SANTOS, § <br> AND VALERIA NAYEL DAVILA SANTOS, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF JESUS DAVILA PAZ; § <br> ETHNA ZULEYMA PEREZ LARA; § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF SERGIO ALBERTO ZAVALA PEREZ, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF SERGIO ALBERTO § <br> ZAVALA; MARIA OLIVIA VASQUEZ, § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF OLIVIA LIZETH IBARRA VASQUEZ § <br> AND JESUS ALAN IBARRA VASQUEZ, § <br> AND ALL AS REPRESENTATIVES OF § <br> THE ESTATE OF VALANTE § <br> IBARRA IBARRA § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> LUCENT TECHNOLOGIES, INC.; § <br> LUCENT TECHNOLOGIES § <br> MAQUILADORAS, INC.; LAREDO § <br> QUALITY TRANSFER SERVICES, INC.; § <br> BRIDGESTONE/FIRESTONE, INC.; § <br> AND BRIDGESTONE CORPORATION § <br> § <br> Defendants, § | C.A. NO. B-01-140 <br><br> AMENDED <br> NOTICE OF REMOVAL <br><br> "JURY" |

BRIDGESTONE CORPORATION'S
<u>CONSENT TO REMOVAL</u>

NOW COMES DEFENDANT BRIDGESTONE CORPORATION and files this

Consent to Removal of the action herein referred to as Cause No. 2001-02-897-G from the

District Court of Cameron County, Texas, 404th Judicial District, to the United States District Court for the Southern District of Texas, Brownsville Division, and respectfully shows the Court as follows:

1.

Bridgestone Corporation is a defendant in a civil action pending in the District Court of Cameron County, Texas, 404th Judicial District, styled as <u>Margarita Santos Davila, et al vs. Lucent Technologies, Inc., et al</u>, Cause No. 2001-02-897-G. This is a product liability case brought by plaintiffs alleged to be a Mexican citizens. Plaintiffs claim that a defect in a tire manufactured in Mexico caused a August 12, 1999 one-vehicle accident, resulting in personal injuries.

2.

Bridgestone Corporation has contemporaneously filed a Motion to Dismiss for Lack of Personal Jurisdiction. This consent is filed subject to and without waiver of same.

3.

Bridgestone Corporation consents to Lucent Technologies, Inc. and Lucent Technologies Maquiladoras, Inc.'s Notice of Removal.

WHEREFORE, we ask the Court to take notice of Bridgestone Corporation's consent to removal; that the civil action, bearing Cause No. 2001-02-897-G, and styled <u>Margarita Santos Davila, et al vs. Lucent Technologies, Inc., et al</u> be removed to and proceed in this Court; and that no further proceedings be had in said case in the District Court of Cameron County, Texas.

Respectfully submitted,

CLARK, THOMAS & WINTERS,
A Professional Corporation

By: _____
Burgain G. Hayes
State Bar No. 09271300
G. Robert Sonnier
State Bar No. 018847400
Trek C. Doyle
State Bar No. 00790608

700 Lavaca, Suite 900
P.O. Box 1148 (78767)
Austin, Texas 78701
512/472-8800
512/474-1129 FAX

**ATTORNEYS FOR
BRIDGESTONE CORPORATION**

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record by certified mail, return receipt requested on this the 13th day September, 2001:

_____

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, Texas 78520

Ezequiel Reyna, Jr.
LAW OFFICES OF EZEQUIEL REYNA, JR.
702 West Expressway 83
Weslaco, Texas 78596

Dana R. Allison
Guy H. Allison
THE ALLISON LAW FIRM
855 E. Harrison
Brownsville, Texas 78520

Kyle H. Dreyer
HARTLINE, DACUS, DREYER & LERN., L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

F. Edward Barker
Margery Huston
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
555 N. Carancahua St.
Tower II, Suite 1200
Corpus Christi, Texas 78478

Judge Gilberto Hinojosa
MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, Texas 78520