13

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **MARGARITA SANTOS DAVILA**, INDIVIDUALLY, AND AS NEXT FRIEND OF JESUS OCTAVIO DAVILA SANTOS, ZAIDETH MARGARITA DAVILA SANTOS, ANDREA DENISSE DAVILA SANTOS, AND VALERIA NAYEL DAVILA SANTOS, AND ALL AS REPRESENTATIVES OF THE ESTATE OF JESUS DAVILA PAZ; ETHNA ZULEYMA PEREZ LARA, INDIVIDUALLY, AND AS NEXT FRIEND OF SERGIO ALBERTO ZAVALA PEREZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF SERGIO ALBERTO ZAVALA; **MARIA OLIVIA VASQUEZ**, INDIVIDUALLY, AND AS NEXT FRIEND OF OLIVIA LIZETH IBARRA VASQUEZ AND JESUS ALAN IBARRA VASQUEZ, AND ALL AS REPRESENTATIVES OF THE ESTATE OF VALANTE IBARRA IBARRA<br>**Plaintiffs,**<br><br>ALEJANDRA MARLEN DELUNA, CYNTHIA IVETTE ROJO RODRIGUEZ, MATRA EVELYN ROJO RODRIGUEZ, MIGUEL ANGEL ROJO GARCIA, AND LUZ MEDINA ANDRADE<br>**Intervenors,**<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC., LUCENT TECHNOLOGIES MAQUILADORAS, INC.; LAREDO QUALITY TRANSFER SERVICES, INC.; BRIDGESTONE/FIRESTONE INC.; AND BRIDGESTONE CORPORATION<br>**Defendants.** | CASE NO. B-01-140<br>JURY |

---

### DEFENDANT BRIDGESTONE/FIRESTONE, INC.'S
### CERTIFICATE OF INTERESTED PARTIES

---

Defendant Bridgestone/Firestone, Inc. ("Firestone") files its Certificate of Interested Parties

and makes the following disclosure of all persons and entities that are financially interested in the

Houston:650462.1

ClibPDF - www.fastio.com

outcome of this litigation pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

I.   **Defendants**

Bridgestone/Firestone, Inc. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. Bridgestone/Firestone, Inc. is a wholly-owned subsidiary of Bridgestone Corporation, who is also a Defendant in this litigation. Accordingly, Bridgestone Corporation has a financial interest in the outcome of the litigation. Bridgestone Corporation is a publicly traded company in Japan and, therefore, its shareholders may be regarded as having a financial interest in the outcome.

General Motors Corporation is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. General Motors Corporation is a publicly traded company and, therefore, its shareholders may be regarded as having a financial interest in the outcome.

Lucent Technologies, Inc. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. Lucent Technologies, Inc. is a publicly traded company and, therefore, its shareholders may be regarded as having a financial interest in the outcome.

Lucent Technologies Maquiladoras, Inc. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. Lucent Technologies Maquiladoras, Inc. is a corporation and, therefore, its shareholders may also be regarded as having a financial interest in the outcome.

Laredo Quality Transfer Services, Inc. is a Defendant in this litigation and, accordingly, has a financial interest in its outcome. Laredo Quality Transfer Services, Inc. is a corporation and, therefore, its shareholders may also be regarded as having a financial interest in the outcome.

## II. Plaintiffs

Maria Olivia Vasquez is a Plaintiff in this litigation, individually and as representative and/or next friend of other Plaintiffs, and therefore has a financial interest in its outcome.

The estate of Valente Ibarra Ibarra is a Plaintiff in this litigation and/or is represented by Plaintiff Maria Olivia Vasquez and therefore has a financial interest in its outcome.

Olivia Lizeth Vazquez is a Plaintiff in this litigation and/or is represented by Plaintiff Maria Olivia Vasquez as next friend and therefore has a financial interest in its outcome.

Jesus Alan Ibarra Vazquez is a Plaintiff in this litigation and/or is represented by Plaintiff Maria Olivia Vasquez as next friend and therefore has a financial interest in its outcome.

Margarita Santos Torres is a Plaintiff in this litigation, individually and as representative and/or next friend of other Plaintiffs, and therefore has a financial interest in its outcome.

The estate of Jesus Hipolito Davila Paz is a Plaintiff in this litigation and/or is represented by Plaintiff Margarita Santos Torres and therefore has a financial interest in its outcome.

Jesus Octavio Davila Santos is a Plaintiff in this litigation and/or is represented by Plaintiff Margarita Santos Torres as next friend and therefore has a financial interest in its outcome.

Zaideth Margarita Davila Santos is a Plaintiff in this litigation and/or is represented by Plaintiff Margarita Santos Torres as next friend and therefore has a financial interest in its outcome.

Andrea Denisse Davila Santos is a Plaintiff in this litigation and/or is represented by Plaintiff Margarita Santos Torres as next friend and therefore has a financial interest in its outcome.

Valeria Nayel Davila Santos is a Plaintiff in this litigation and/or is represented by Plaintiff Margarita Santos Torres as next friend and therefore has a financial interest in its outcome.

Ethna Zuleyma Perez Lara is a Plaintiff in this litigation, individually and as representative and/or next friend of other Plaintiffs, and therefore has a financial interest in its outcome.

The estate of Sergio Alberto Zavala Ponce is a Plaintiff in this litigation and/or is represented by Plaintiff Ethna Zuleyma Perez Lara and therefore has a financial interest in its outcome.

Sergio Alberto Zavala Perez is a Plaintiff in this litigation and/or is represented by Plaintiff Ethna Zuleyma Perez Lara as next friend and therefore has a financial interest in its outcome.

Mario Alberto Villagran Trevino is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

Evangelina Castro de Villegran is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

The estate of Gabriela Villagran Castro is a Plaintiff in this litigation and/or is represented by Plaintiffs Mario Alberto Villagran Trevino and Evangelina Castro de Villagran and therefore has a financial interest in its outcome.

Gricelda Leticia Torres de Juarez is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

Jose Guadalupe Juarez Lopez is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

Jessica Juarez is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

Oscar Juarez is a Plaintiff in this litigation, individually and as representative of another Plaintiff, and therefore has a financial interest in its outcome.

The estate of Ivonne Juarez is a Plaintiff in this litigation and/or is represented by Plaintiffs Gricelda Leticia Torres de Juarez, Jose Guadalupe Juarez Lopez, Jessica Juarez, and Oscar Juarez and therefore has a financial interest in its outcome.

Bridgestone/Firestone, Inc. is unaware of any other persons, estates, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the litigation.

Respectfully submitted,

VINSON & ELKINS L.L.P.

By: _Knox D. Nunnally_ *by permission*

Knox D. Nunnally, Attorney in Charge
State Bar No. 15141000
Federal ID No. 1282
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone: 713-758-3386
Fax: 713-615-5736

OF COUNSEL:

VINSON & ELKINS L.L.P.
Morgan L. Copeland
State Bar No. 04800500
Thad K. Jenks
State Bar No. 24007441
1001 Fannin
2300 First City Tower
Houston, Texas 77002
Telephone: 713-758-3386
Fax: 713-615-5736

**ATTORNEYS FOR DEFENDANT BRIDGESTONE/FIRESTONE, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on the **18th** day of **September, 2001** a true and correct copy of the foregoing document was served on the following parties by fax and/or certified mail, return receipt requested.

*Attorneys for Plaintiffs:*
Dana R. Allison
The Allison Law Firm
855 East Harrison
Brownsville, Texas 78520
　　and
Guy H. Allison
The Allison Law Firm
920 Leopard Street
Corpus Christi, Texas 78401

*Attorneys for Intervenors, Alejandra Marlen Deluna, Cynthia Ivette Rojo Rodriguez, Matra Evelyn Rojo Rodriguez, Miguel Angel Rojo Garcia, and Luz Medina Andrade*
Edmundo Ramirez
Luis M. Cardenas
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago
McAllen, Texas 78501

*Attorneys for Defendant, Bridgestone Corporation and Bridgestone Corporation of Japan*
Trek C. Doyle
Burgain G. Hayes
Clark, Thomas & Winters, P.C.
P.O. Box 1148
700 Lavaca Street
1200 Texas Commerce Bank Bldg.
Austin, Texas  78701

*Attorneys for Defendant, General Motors Corporation*
Kyle Dreyer
Hartline, Dacus, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

*Attorneys for Defendant, Lucent Technologies, Inc. and Lucent Technologies Maquiladoras, Inc.:*
F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower III, Suite 1200
555 N. Carancahua
Corpus Christi, Texas 78478

*Registered Agent for Co-Defendant, Laredo Quality Transfer Services, Inc.*
Richard G. Morales
602 E. Carlton Rd.
Laredo, Texas 78401

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KNOX NUNNALLY by permission