14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

MARGARITA SANTOS DAVILA, ET AL     *

     VS                                         *     CIVIL ACTION NO. B-01-140

LUCENT TECHNOLOGIES, INC., ET AL     *

## ORDER DENYING MOTION TO TRANSFER TO JUDGE TAGLE

Came on to be considered Defendants' Motion to Transfer to Judge Tagle, and the Court, having considered said Motion, finds that said motion should be denied.

IT IS SO ORDERED.

Done at Brownsville, Texas, this 24th day of September 2001.

_____
Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com