*15*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| MARGARITA SANTOS DAVILA, | § | |
| INDIVIDUALLY, AND AS NEXT FRIEND | § | |
| OF JESUS OCTAVIO DAVILA SANTOS, | § | |
| ZAIDETH MARGARITA DAVILA SANTOS, | § | |
| ANDREA DENISSE DAVILA SANTOS, | § | |
| AND VALERIA NAYEL DAVILA SANTOS, | § | |
| AND ALL AS REPRESENTATIVES OF | § | |
| THE ESTATE OF JESUS DAVILA PAZ; | § | |
| ETHNA ZULEYMA PEREZ LARA; | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF SERGIO ALBERTO ZAVALA PEREZ, | § | |
| AND ALL AS REPRESENTATIVES OF | § | |
| THE ESTATE OF SERGIO ALBERTO | § | |
| ZAVALA; MARIA OLIVIA VASQUEZ, | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF OLIVIA LIZETH IBARRA VASQUEZ | § | |
| AND JESUS ALAN IBARRA VASQUEZ, | § | |
| AND ALL AS REPRESENTATIVES OF | § | |
| THE ESTATE OF VALANTE | § | |
| IBARRA IBARRA | § | |
|  | § | |
| Plaintiffs, | § | |
|  | § | |
| vs. | § | C. A. NO. B-01-140 |
|  | § | |
| LUCENT TECHNOLOGIES, INC.; | § | JURY |
| LUCENT TECNOLOGIES | § | |
| MAQUILADORAS, INC.; LAREDO | § | |
| QUALITY TRANSFER SERVICES, INC.; | § | |
| BRIDGESTONE/FIRESTONE, INC.; | § | |
| AND BRIDGESTONE CORPORATION | § | |
|  | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

**SEP 2 6 2001**

Michael N. Milby
Clerk of Court

## DEFENDANT BRIDGESTONE CORPORATION'S
## CERTIFICATE OF FINANCIAL INTEREST

NOW COMES, Defendant Bridgestone Corporation and files this Certificate of

Financial Interest[1], and would respectfully show this Honorable Court as follows:

The undersigned hereby certifies that the persons listed below have a financial interest

in the outcome of this litigation.  Specifically, please consider the following listing:

(1)     Burgain G. Hayes
        G. Robert Sonnier
        Trek C. Doyle
        Clark, Thomas & Winters
        A Professional Corporation
        700 Lavaca Street, Suite 900
        Austin, Texas 78701
        512/472-8800

(2)     Knox D. Nunnally
        Phyllip B. Dye, Jr.
        VINSON & ELKINS, L.L.P.
        1001 Fannin
        2300 First City Tower
        Houston, Texas 77002
        713/758-2222

(3)     F. Edward Barker
        Margery Huston
        BARKER, LEON, FANCHER & MATTHYS,L.L.P.
        555 N. Carancahua St.
        Tower II, Suite 1200
        Corpus Christi, Texas 78478
        361-881-9217

(4)     Richard G. Morales
        602 E. Carlton Rd.
        Laredo, Texas 78401

---

[1]     This filing is made pursuant to this Court's Order and without waiver of Bridgestone Corporation's Special Appearance filed in State Court prior to removal and which should now be treated, pursuant to FRCP 81(c), as a pending FRCP 12(b) Motion to Dismiss for Lack of Personal Jurisdiction in all respects.

(5)      Kyle H. Dreyer
         HARTLINE, DACUS, DREYER & KERN, L.L.P.
         6688 North Central Expressway, Suite 1000
         Dallas, Texas 75206
         214-369-2100

(6)      <u>Bridgestone Corporation</u> (publically traded in Japan)
         10-1 Kyobashi 1 Chome, Chuo-ku
         Tokyo 104
         Japan
         Phone: 011-81-3-3563-6814

(7)      Bridgestone/Firestone, Inc. (Wholly owned subsidiary of Bridgestone
         Corporation)
         50 Century Blvd.
         Nashville, TN 37214
         615-872-1599

(8)      <u>Lucent Technologies, Inc.</u>
         Corporate Headquarters
         600 Mountain Avenue
         Murray Hill, NJ 07974
         888-458-2368

(9)      Lucent Technologies Maquiladoras, Inc.
         -address unknown at the present time

(10)     Laredo Quality Transfer Services, Inc.
         502 NAFTA Blvd.
         Milo Distribution Center
         Laredo, TX 78045
         956-727-8236

(11)     Dana A. Allison
         THE ALLISON LAW FIRM
         855 E. Harrison
         Brownsville, Texas 78520
         956-541-8338

(12)     Guy H. Allison
         THE ALLISON LAW FIRM
         920 Leopard Street
         Corpus Christi, Texas 78401
         361-884-8900

(13)   Edmundo Ramirez
       Luis M. Cardenas
       Ellis, Koeneke & Ramirez, L.L.P.
       1101 Chicago
       McAllen, Texas 78501
       956-682-2440

(14)   Further, all parties to the litigation are financially interested in the outcome of
       this litigation.

The undersigned hereby certifies to these person having a financial interest in the

outcome of this litigation.

                                   Respectfully submitted,


                                   CLARK, THOMAS & WINTERS

                                   A Professional Corporation


                                   By: _____ w/ permission

                                       Burgain G. Hayes
                                       State Bar No. 09271300
                                       G. Robert Sonnier
                                       State Bar No. 018847400
                                       Trek C. Doyle
                                       State Bar No. 00790608
                                   700 Lavaca, Suite 900
                                   P.O. Box 1148
                                   Austin, Texas  78767
                                   (512) 472-8800
                                   (512) 474-1129 FAX

                                   **ATTORNEYS FOR DEFENDANT,
                                   BRIDGESTONE CORPORATION**

# CERTIFICATE OF SERVICE

I certify by my signature below, that a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, on _September X_, 2001, to:

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, Texas 78520

Ezequiel Reyna, Jr.
LAW OFFICES OF EZEQUIEL REYNA, JR.
702 West Expressway 83
Weslaco, Texas 78596

Dana R. Allison
Guy H. Allison
THE ALLISON LAW FIRM
855 E. Harrison
Brownsville, Texas 78520

Kyle H. Dreyer
HARTLINE, DACUS, DREYER & LERN., L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

F. Edward Barker
Margery Huston
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
555 N. Carancahua St.
Tower II, Suite 1200
Corpus Christi, Texas 78478

Judge Gilberto Hinojosa
MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, Texas 78520