IN THE UNITED STATES OF DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARGARITA SANTOS DAVILA, ET. AL., § § §<br>Plaintiffs § |  |
| V. § § | Civil Action No. B-01-140 |
| LUCENT TECHNOLOGIES, INC., ET. AL., § § §<br>Defendants § |  |

# ORDER

Having considered the Stipulation of Dismissal filed by counsel for all parties in the above cause, the Court is of the opinion that the Stipulation should be and is hereby **granted**. The U.S. District Clerk is hereby ordered to close this cause of action.

Signed this  30th  day of October 2001.

Filemon B. Vela
United States District Judge